```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 02071
    GERALDINE SHULTS
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-6907
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/21/05 and confirmed on 04/14/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  14400.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME EQUITY | CURRENT MORTG | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 5614.13 | 449.74 | 5614.13 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3789.44 | .00 | 1214.28 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 252.88 | .00 | 81.03 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1653.35 | .00 | 529.79 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 3088.14 | .00 | 989.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 657.52 | .00 | 210.69 |
| LCA COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS/HRS | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 104.73 | .00 | 33.56 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7644.96 | .00 | 2449.72 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5614.13 | .00 | 17191.02 | .00 | 22805.15 |
| PRINCIPAL PAID | 5614.13 | .00 | 5508.62 | .00 | 11122.75 |
| INTEREST PAID | 449.74 | .00 | .00 | .00 | 449.74 |
| TOTAL PAID | 6063.87 | .00 | 5508.62 | .00 | 11572.49 |

The Debtor's attorney, GREENBERG & ASSOC                 , was allowed $   2700.00
and was paid $    445.00  direct and $   2255.00  through the plan.

The Trustee received $    572.51 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                              PAGE   2
       CASE NO. 05 B 02071 GERALDINE SHULTS